## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | EDCV 22-2032-GW-SPx | Date | November 27, 2023 |
|---|---|---|---|
| Title | *Shannon Clark v. Costco Wholesale Corporation* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

On November 22, 2023, Plaintiff Shannon Clark filed a Notice of Settlement [93]. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 90 days. The Court sets an order to show re: settlement hearing for February 26, 2024 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on February 22, 2024.

:

Initials of Preparer    JG